FARMERS' LOAN & TRUST CO. v. BOWNE et al. (Supreme Court, Appellate Division, First Department. March 22, 1912.) Action by the Farmers' Loan & Trust Company against Edward W. Bowne, as executor, and others. J. C. O'Connor, for appellants. S. W.

Collins, for respondents. No opinion. Judgment affirmed, with costs. Order filed.